# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WOLF, JOHN J | § | Case No. 13-21981 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 CLERK OF THE COURT
 219 South Dearborn
 Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/12/2014 in Courtroom ,
 Joliet City Hall
 150 West Jefferson, 2nd Floor
 Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>10/28/2014</u>   By: <u>CLERK OF THE COURT</u>


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
       §
WOLF, JOHN J  §   Case No. 13-21981
       §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,837.67 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 4,787.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Internal Revenue Service | $ 1,170.00 | $ 1,170.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,787.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,209.42 | $ 0.00 | $ 1,157.67 |
| Attorney for Trustee Fees: David P. Lloyd, Ltd. | $ 3,630.00 | $ 0.00 | $ 3,630.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,787.67 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 48,599.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Internal Revenue Service | $ 47,206.19 | $ 0.00 | $ 0.00 |
| 000003A | Illinois Department of Revenue | $ 519.42 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Department of Revenue | $ 873.70 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $ 0.00

Remaining Balance    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 127,454.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,312.50 | $ 0.00 | $ 0.00 |
| 000005 | LVNV Funding, LLC its successors and | $ 2,282.63 | $ 0.00 | $ 0.00 |
| 000002C | INTERNAL REVENUE SERVICE | $ 119,505.40 | $ 0.00 | $ 0.00 |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | $ 354.28 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
            Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                         Case No. 13-21981-BWB
John J Wolf                                                    Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2              Date Rcvd: Oct 30, 2014
                              Form ID: pdf006              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2014.
db            +John J Wolf,    17862 Hedgewood Drive,    Lockport, IL 60441-3342
aty           +David P Lloyd Ltd,    615B S LaGrange Rd,    LaGrange, IL 60525-6864
20529669      +American Home Mortgage,    Bankruptcy Department,    PO Box 631730,    Irving, TX 75063-0002
21416393      +David P Lloyd Ltd attorney,    615 B South Lagrange Road,    LaGrange, IL 60525-6864
21022467     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
               (address filed with court:   Illinois Department of Revenue,    Pob 1040,   Galesburg,IL 61402)
21373010       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
20529674       Illinois Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
20529676      +Ken Novak & Associates, Inc.,    Attn: Trustee R. Neville Reid,    3356 Lake Knoll Drive,
                Northbrook, IL 60062-6316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20529671      +E-mail/Text: creditonebknotifications@resurgent.com Oct 31 2014 01:12:35     Credit One Bank,
                Po Box 98873,   Las Vegas, NV 89193-8873
21324927       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2014 01:21:57     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
20529672      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2014 01:21:57     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
20529675       E-mail/Text: cio.bncmail@irs.gov Oct 31 2014 01:12:48     Internal Revenue Service,
                PO Box 21126,    Philadelphia, PA 19114
22018593       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2014 01:24:01
                LVNV Funding, LLC its successors and assigns as,     assignee of HSBC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
20529677      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2014 01:19:33     Lvnv Funding Llc,
                Po Box 10584,    Greenville, SC 29603-0584
                                                                                              TOTAL: 6


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             David P. Lloyd
20529673        Donna Wolf
21898572*       Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                 Chicago, Illinois 60664-0338
21022468*      +Internal Revenue Service,   Pob 7346,   Philadelphia,PA 19101-7346
20529670     ##+Baker and Miller P.C.,   29 N Wacker Drive,   Suite 500,   Chicago, IL 60606-3227
                                                                                  TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
              David P Lloyd    on behalf of Debtor John J Wolf courtdocs@davidlloydlaw.com
              David P Lloyd    on behalf of Trustee Peter N Metrou courtdocs@davidlloydlaw.com
              Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              Gerald  Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
```

```
District/off: 0752-1          User: dwilliams          Page 2 of 2          Date Rcvd: Oct 30, 2014
                              Form ID: pdf006          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jon N. Dowat    on behalf of Debtor John J Wolf thinkingoutside@comcast.net, atty_dowat@bluestylus.com
          Jon N. Dowat    on behalf of Attorney Jon  Dowat thinkingoutside@comcast.net, atty_dowat@bluestylus.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

                                                                                                                            TOTAL: 10

Case 13-21981    Doc 92    Filed 10/30/14    Entered 11/01/14 23:34:30    Desc Imaged
Certificate of Notice    Page 6 of 6