UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
WOLF, JOHN J                          §   Case No. 13-21981
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

      4)  This case was originally filed under chapter     on           , and it was converted to chapter 7 on            . The case was pending for     months.

      5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

      Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| Associated Bank | | | | | |
| DAVID P. LLOYD, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue PO Box 19006 Springfield, IL 62794-9006 | | | | | |
| | Illinois Department of Revenue PO Box 19006 Springfield, IL 62794-9006 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mortgage Bankruptcy Department PO Box 631730 Irving, TX 75063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker and Miller P.C. 29 N Wacker Drive Suite 500 Chicago, IL 60606-2854 | | | | | |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ken Novak & Associates, Inc. Attn: Trustee R. Neville Reid 3356 Lake Knoll Drive Northbrook, IL 60062 | | | | | |
| | Lvnv Funding Llc Po Box 10584 Greenville, SC 29603 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002C | INTERNAL REVENUE SERVICE | | | | | |
| 000005 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-21981 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | WOLF, JOHN J | | | Date Filed (f) or Converted (c): | 02/07/14 (c) |
| | | | | 341(a) Meeting Date: | 03/12/14 |
| For Period Ending: | 01/20/15 | | | Claims Bar Date: | 07/24/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chapter 13 Funds Turnover (u) | 0.00 | 0.00 | | 4,837.67 | FA |
| Funds turnover by Chapter 13 trustee per court order. | | | | | |
| 2. Bank Account | 1.00 | 0.00 | | 0.00 | FA |
| 3. Business Checking Account | 22,500.00 | 0.00 | | 0.00 | FA |
| JW Homes Sold, Inc. | | | | | |
| 4. Misc Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 5. Misc clothing | 150.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 7. Business interests | 500.00 | 0.00 | | 0.00 | FA |
| 3D Marketing | | | | | |
| 8. Business interests | 500.00 | 0.00 | | 0.00 | FA |
| JW Holmes Sold P.C. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $23,851.00 | $0.00 | | $4,837.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Converted to Chapter 13 per agreed ordered on 12-6-2013.

Initial Projected Date of Final Report (TFR): 12/12/01      Current Projected Date of Final Report (TFR): 12/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-21981 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | WOLF, JOHN J | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5009 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5480 | | | |
| For Period Ending: | 01/20/15 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/14 | 1 | Office of Glenn B. Stearns<br>Chapter 13 Standing Trustee<br>P.O. Box 586<br>Lisle, IL 60532-0586 | Chapter 13 funds turnover | 1290-000 | 4,837.67 | | 4,837.67 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,827.67 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,817.67 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,807.67 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,797.67 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,787.67 |
| 12/18/14 | 005001 | David P. Lloyd, Ltd. | Per 9/19/14 O/C<br>Atty for Trustee | 3210-000 | | 3,630.00 | 1,157.67 |
| 12/18/14 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Fees | 2100-000 | | 1,157.67 | 0.00 |

|  | COLUMN TOTALS | 4,837.67 | 4,837.67 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 4,837.67 | 4,837.67 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 4,837.67 | 4,837.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5009 | 4,837.67 | 4,837.67 | 0.00 |
| | 4,837.67 | 4,837.67 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 4,837.67 | 4,837.67 | |

Ver: 18.03b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 13-21981 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | WOLF, JOHN J | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5009 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5480 | | |
| For Period Ending: | 01/20/15 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******5009)

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03b